FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JUL 18   PM 4:14

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| AMERICAN NATURAL ENERGY CORPORATION | CIVIL ACTION |
| VERSUS | NUMBER: 04-3364 |
| WORKSTRINGS, L.L.C., ET AL. | SECTION: "N"(5) |

### O R D E R

The Court, having considered the motion, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of defendant to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that defendant's motion to assess attorneys' fees is denied.

New Orleans, Louisiana, this 18th day of July, 2007.

UNITED STATES DISTRICT JUDGE